# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-606
Lower Tribunal No. 12-38811
_____

**Joseph T. Buset,**
Appellant,

vs.

**HSBC Bank USA, National Association, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Jacobs Legal, PLLC, and Bruce Jacobs, for appellant.

Greenberg Traurig, P.A., and Kimberly S. Mello and Arda Goker (Orlando), for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>Bank of New York Mellon v. Simpson</u>, 227 So. 3d 669, 670

(Fla. 3d DCA 2017) ("This Court has held to the principle that that Rule 1.540(b) does not have as its purpose or intent the reopening of lawsuits to allow parties to state new claims or offer new evidence omitted by oversight or inadvertence."); see also JPMorgan Chase Bank, N.A. v. Llovet, 330 So. 3d 1006, 1010 (Fla. 3d DCA 2021); HSBC Bank USA, Nat'l Ass'n v. Buset, 241 So. 3d 882, 891 (Fla. 3d DCA 2018).